**Title:** BIG WET ASSES #17  **Network:** BitTorrent
**SHA-1 Hash:** 918339F0D60F08F2DAEE1A6EEC415171647D97F0  **Swarm Date:** 10/13/2010

| DOE# | IP | First Hit UTC | Last Hit UTC | City | State | ISP |
|---|---|---|---|---|---|---|
| 1 | 174.140.108.49 | 9/29/2010 0:26 | 10/26/2010 15:15 | Miami Beach | FL | Atlantic Broadband |
| 2 | 65.3.193.17 | 10/11/2010 23:23 | 10/13/2010 22:54 | Fort Lauderdale | FL | BellSouth.net |
| 3 | 65.3.198.244 | 9/28/2010 14:07 | 11/8/2010 1:13 | Hialeah | FL | BellSouth.net |
| 4 | 74.161.1.216 | 9/29/2010 22:45 | 11/6/2010 9:49 | Hollywood | FL | BellSouth.net |
| 5 | 74.233.120.211 | 9/28/2010 17:37 | 10/22/2010 4:21 | Miami | FL | BellSouth.net |
| 6 | 99.135.43.10 | 10/13/2010 9:15 | 10/17/2010 0:29 | Hollywood | FL | SBC Internet Services |

# EXHIBIT A

SFL8