UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-20912-CIV-MORENO

PATRICK COLLINS,

    Plaintiff,

vs.

JOHN DOES 1-6,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Motion to Extend Time Period for Service of Summons and Complaint on Doe Defendants (**D.E. No. 10**) filed on <u>July 13, 2011</u>.

THE COURT has considered the pertinent portions of the record, and the last recorded date of various proceedings. It is

ADGJUDGED that the motion for extension of time to serve the complaint is DENIED. It appears that Plaintiff filed the complaint on March 16, 2011 and service of the summons and complaint has not been executed as of the date of this order. Therefore, it is

**ADJUDGED** that this case is DISMISSED without prejudice for failure to serve the complaint in compliance with Federal Rule of Civil Procedure 4(m). The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of July, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record